FILED
JUL 29 PM 2:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

TIMOTHY DEAN DAVIDSON, )
    Plaintiff, )
     )
vs. )
     )  CV 99-PT-0067-E
HARLEY DAVIDSON MOTOR CO., )
et al, )
     )
    Defendants. )
     )

ENTERED
JUL 29 1999

DISMISSAL ORDER

In accordance with the Joint Stipulation Of Dismissal With Prejudice filed on July 21, 1999, this action is **DISMISSED WITH PREJUDICE**, each party to bear own costs.

**DONE** and **ORDERED** this 29th day of July, 1999.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

